# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Cathy Coomes | Date: June 24, 2011 |
| Court Reporter: Janet Coppock | Time:    62 minutes |
| Probation Officer: Patrick Lynch | Interpreter: n/a |

**CASE NO.  10-cr-00326-PAB-18**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | M. J. Menendez |
| | Kasandra Carleton |
| Plaintiff, | |
| vs. | |
| **JOSE MARTINEZ,** | Jeralyn E. Merritt |
| Defendant. | |

## SENTENCING

**11:01 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  ATF Special Agent Shane Messner is present. Defendant is present, in custody.

Statements by counsel regarding Government's Motion for Downward Departure Pursuant to U.S.S.G. §5K1.1.

**ORDERED:**   Government's Motion for Downward Departure Pursuant to U.S.S.G. §5K1.1 (Doc. #1538, filed 6/6/11) is **GRANTED** for reasons as set forth on the record.

*10-cr-00326-PAB*
*Sentencing*
*June 24, 2011*

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case.

The report is incorporated by reference as part of the Court's findings and conclusions.

Statements by counsel and Defendant regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on **March 16, 2011,** to counts **Sixty-seven, Sixty-eight, and Seventy of the First Superseding Indictment.**

**ORDERED:**  Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Government's Motion to Dismiss Counts Sixty-six, Sixty-nine, and Seventy-one (Doc. #1539, filed 6/6/11) is **GRANTED** for reasons set forth on the record.

**ORDERED:**  Defendant shall be commited to the custody of the Bureau of Prisons and **imprisoned** for **30 months** on each count, **Counts Sixty-seven, Sixty-eight, and Seventy of the First Superseding Indictment**, to be served concurrently.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **three (3) years for count 67, and four (4) years for counts 68 and 70.**  All such terms of supervised release shall be concurrent.

**ORDERED: Conditions** of Supervised Release that:
- (**X**)  Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**)  Defendant shall not commit another federal, state or local crime.
- (**X**)  Defendant shall not illegally possess controlled substances.
- (**X**)  Defendant shall not possess a firearm or destructive device.
- (**X**)  Defendant shall comply with standard conditions recommended by U.S.

*10-cr-00326-PAB*
*Sentencing*
*June 24, 2011*

        Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.
- ( ) If defendant is deported, he shall not re-enter the United States illegally.  If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.
- ( ) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.
- ( ) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
- ( ) Defendant shall be placed on home detention for a period of  months, to commence within ten days of release from imprisonment.  During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer.  The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period.  The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department.

*10-cr-00326-PAB*
*Sentencing*
*June 24, 2011*

>The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00 for each count, for a total of $300.00,** to **Crime Victim Fund** (Special Assessment), to be paid immediately

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **FDC Englewood,** if it is consistent with the defendant's security classification. If the defendant cannot be placed in FDC Englewood, then the Court recommends that he be housed within the state of Colorado.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**12:03 p.m.   COURT IN RECESS**

**Total in court time:**   1 hour, 2 minutes

**Hearing concluded**