IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00326-PAB-18

UNITED STATES OF AMERICA,

    Plaintiff,

v.

18.    JOSE MARTINEZ,

    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 24 2011

GREGORY C. LANGHAM
    CLERK

---

**ORDER**

---

This matter is before the Court on the Government's Motion to Dismiss Counts Sixty-Six, Sixty-Nine, and Seventy-One [Docket No. 1539]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Government's Motion to Dismiss Counts Sixty-Six, Sixty-Nine, and Seventy-One [Docket No. 1539] is granted. Counts Sixty-Six, Sixty-Nine, and Seventy-One of the First Superseding Indictment are dismissed as to defendant Jose Martinez.

DATED June 24, 2011.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge