IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00326-PAB-18

UNITED STATES OF AMERICA,

    Plaintiff,

v.

18.    JOSE MARTINEZ,

    Defendant.

## ORDER

This matter is before the Court on defendant's Motion to Seal Document [Docket No. 1592].  No objections have been filed under D.C.COLO.LCrR 47.1.  Good cause appearing, it is

ORDERED that the Motion to Seal Document [Docket No. 1592] is granted.  The transcript of the sentencing hearing for defendant Jose Martinez held on June 24, 2011 shall be sealed until further order of this Court.

DATED July 8, 2011.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge